UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 2, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-00360-WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PAUL WILLIAM MERCHANT, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  PAUL WILLIAM MERCHANT , Case No.

 2:11-CR-00360-WBS  , Charges   18 USC § 371, 18 USC § 1344(2), 18 USC § 1708  , from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $10,000

        ✔   Co-Signed Unsecured Appearance Bond

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)      With pre-trial supervision and conditions of release

        as stated on the record in open court. Bond paperwork as to co-signer Alstead
to be filed by September 6, 2011.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on September 2, 2011  at   2:40   pm.

By _____
Dale A. Drozd
United States Magistrate Judge