FILED
September 30, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PAUL MERCHANT, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00360 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Paul Merchant; Case 2:11-cr-00360 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance hello

____   Bail Posted in the Sum of _____

__X__   Unsecured Appearance Bond in the amount of $10,000.00, co-signed by Ms. Alstead.

____   Appearance Bond with 10% Deposit

____   Corporate Surety Bail Bond

__X__   (Other) Pretrial Supervision/Conditions; defendant to be released to the custody of Pretrial Services to attend The Effort on 10/11/2011 at 8:30 AM.

Issued at  Sacramento, CA  on  9/30/2011  at  4:45 pm.

By _____
Kendall J. Newman
United States Magistrate Judge