1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  PAUL WILLIAM MERCHANT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:11-cr-00360 WBS** |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| PAUL WILLIAM MERCHANT, et al. | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, defendant, Paul William Merchant, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 9, 2012 at 9:30 a.m., and to continue the status conference until February 6, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that Ms. Radekin broke her foot on November 29, 2011 and had surgery on her foot on December 9, 2011.  She is not permitted to put weight on her left foot until mid-January.  Hence, she will not be able to appear in court on January 9, 2012; however, the government has provided a plea agreement and Mr. Merchant and Ms. Radekin have met and discussed the agreement.  Ms. Radekin needs to resolve some minor sentencing issues and discuss these issues with Mr. Merchant prior to entry of plea.  Thus, additional time is needed for that

purpose as well. At this time it appears likely that Mr. Merchant will enter a plea on the next court date. The parties will advise the Court if Mr. Merchant intends to enter a plea on February 6th in advance of that court date.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 6, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 4, 2012                         BENJAMIN WAGNER
                                               United States Attorney

                                               By:      /s/ Michelle Rodriguez
                                                  MICHELLE RODRIGUEZ
                                                  Assistant United States Attorney

Dated: January 4, 2012                              /s/ Erin J. Radekin
                                                  ERIN J. RADEKIN
                                                  Attorney for Defendant
                                                  PAUL WILLIAM MERCHANT

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of January 9, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on February 6, 2012 at 9:30 a.m. The court finds excludable time in this matter through February 6, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

-2-

1  IT IS SO ORDERED.

2  Dated: January 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE